Exhibit 1

U.S. Copyright Office Records for VBG's Copyrights

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-416-844**

**Effective Date of Registration:**
August 01, 2024
**Registration Decision Date:**
August 08, 2024

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title

**Title of Work:** VB Guide Virginia Beach Guide

**Previous or Alternate Title:** Virginia Beach Guide

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| Volume 66-2 | pending | 06/20/2024 | June 20, 2024 |
| Volume 66-1 | pending | 05/23/2024 | May 23, 2024 |

**Nation of 1st Publication:** United States

### Author

- **Author:** VB Guide, LLC
- **Author Created:** collective work
- **Work made for hire:** Yes

### Copyright Claimant

**Copyright Claimant:** VB Guide, LLC
1228 Ballentine Blvd., Norfolk, VA, 23504, United States

### Rights and Permissions

**Organization Name:** VB Guide, LLC
**Name:** Guy B. Liskey
**Email:** terri@liskeyprinting.com
**Telephone:** (757)627-8712
**Alt. Phone:** (757)373-3699
**Address:** 1228 Ballentine Blvd.

Norfolk, VA 23504 United States

## Certification

**Name:** Guy B. Liskey
**Date:** June 20, 2024

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of serial issues may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: (1) Each issue must be a serial, as defined in 37 C.F.R. 202.4(d); (2) the group must include at least two issues; (3) each issue must be an all-new collective work that has not been previously published; (4) each issue must be fixed and distributed as a discrete, self-contained collective work, and the claim in each issue must be limited to the collective work; (5) each issue must be a work made for hire; (6) the author and claimant for each issue must be the same person or organization; (7) the serial generally must be published at intervals of a week or more; (8) all of the issues must be published under the same continuing title; (9) all of the issues must be published within three months and within the same calendar year; and (10) the applicant must specify the date of publication for each issue in the group.

Regarding special handling request: Claim upgraded for special handling per request received on 07/29/2024 due to pending or prospective litigation.

Registration Number
**TX 9-423-800**
Effective Date of Registration:
September 03, 2024
Registration Decision Date:
September 04, 2024

## Title

**Title of Work:** Crosswalk Safety

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 23, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** VB Guide, LLC
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** VB Guide, LLC
1228 Ballentine Blvd., Norfolk, VA, 23504, United States

## Limitation of copyright claim

**Material excluded from this claim:** artwork

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** VB Guide, LLC
**Name:** Guy B. Liskey
**Email:** terri@liskeyprinting.com
**Telephone:** (757)627-8712
**Alt. Telephone:** (757)373-3699
**Address:** 1228 Ballentine Blvd.

Norfolk, VA 23504 United States

## Certification

**Name:** Timothy J. Lockhart
**Date:** August 29, 2024
**Applicant's Tracking Number:** 51473.004

**Correspondence:** Yes

**Registration Number**

**TX 9-424-006**

**Effective Date of Registration:**
September 04, 2024
**Registration Decision Date:**
September 04, 2024

## Title

**Title of Work:** VB Guide Virginia Beach Guide
**Volume:** 64
**Number:** 1
**Date on Copies:** 05/23/2022
**Frequency of Publication:** Seasonal

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 23, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** VB Guide, LLC
  **Author Created:** Collective Work Authorship
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** VB Guide, LLC
1228 Ballentine Blvd, Norfolk, VA, 23504, United States

## Rights and Permissions

**Organization Name:** VB Guide, LLC
**Name:** Guy B Liskey
**Email:** terri@liskeyprinting.com
**Telephone:** (757)627-8712

**Alt. Telephone:** (757)373-3699
**Address:** 1228 Ballentine Blvd
Norfolk, VA 23504 United States

## Certification

**Name:** Guy B. Liskey
**Date:** September 04, 2024