Exhibit 2

Example of VBG's Copyright Notice

I-2813485.1

...28
...32
...40
...44
...50
...56
...60
...62
...64
ds....70
......72
......74
......78
......79
......82

publisher
Guy B. Liskey
guy@liskeyprinting.com

## advertising
Terri E. Liskey
terri@liskeyprinting.com
(757) 627-8712

## distribution
terri@liskeyprinting.com
(757) 627-8712

**VB guide PUBLICATIONS**

**PUBLISHER'S STATEMENT**
While every effort was made to provide dependable information, the publisher does not warrant the content herein as accurate or complete. Rates, offers, and information are subject to change without notice.

Copyright ©2024 All Rights Reserved
Reproduction of any copy, editorial, arwork, graphics, photographic material prepared by VB Guide, LLC, and appearing within this publication is strictly prohibited without written consent of VB Guide, LLC.