Exhibit 3

Virginia State Corporation Commission Record for

Universal Magazines, Inc. dba Monster Marketing

I-2813485.1

Business Entity Search Results

| Entity ID | Entity Name | Name Type | Entity Type | Series LLC | Principal Office Address | RA Name | Status |
|---|---|---|---|---|---|---|---|
| F1506163 | UNIVERSAL MAGAZINES, INC. | Legal Name | Stock Corporation | | PO BOX 4238, 255 SYKES AVENUE, Virginia Beach, VA, 23454 - 0000, USA | MELISSA D BAILEY | Active |

Page 1 of 1, records 1 to 1 of 1

(ExportSearchResults?hgridex=3)   (ExportSearchResults?hgridex=1)   (ExportSearchResults?hgridex=5)

(ExportSearchResults?hgridex=100)

**Note:** Export limitation for Word is 5000 records, Export limitation for PDF is 15000 records

Back    Back to Login

## Entity Information

### Entity Information

Entity Name: Universal Magazines, Inc.
Entity ID: F1506163
Entity Type: Stock Corporation
Entity Status: **Active**
Series LLC: N/A
Reason for Status: Active and In Good Standing
Formation Date: N/A
Status Date: 05/30/2023
VA Qualification Date: 04/12/2002
Period of Duration: Perpetual
Industry Code: 0 - General
Annual Report Due Date: N/A
Jurisdiction: SC
Charter Fee: $50.00
Registration Fee Due Date: Not Required

### Registered Agent Information

RA Type: Individual
Locality: VIRGINIA BEACH CITY
RA Qualification: Officer of the Corporation
Name: MELISSA D BAILEY
Registered Office Address: 255 SYKES AVE, PO BOX 4238, VIRGINIA BEACH, VA, 23454 - 0000, USA

### Principal Office Address

Address: PO BOX 4238, 255 SYKES AVENUE, Virginia Beach, VA, 23454 - 0000, USA

### Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| President | Yes | CRYSTAL HOLLOWAY | 255 SYKES AVENUE, VIRGINIA BEACH, VA, 23454 - 0000, USA | 05/02/2019 |
| Secretary | No | MELISSA BAILEY | 255 SYKES AVENUE, VA BEACH, VA, 23454 - 0000, USA | 05/02/2019 |

### Current Shares

Total Shares: 1000

Filing History    RA History    Name History    Previous Registrations    Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)     (https://twitter.com/VAStateCorpComm)     Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)     Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)