Exhibit 4

"Virginia Beach Ambassadors" Advertisement

and "Crosswalk Safety" Announcements

I-2813485.1

