Exhibit 5

"Pet Friendly Virginia Beach" Announcements

I-2813485.1

