Exhibit 7

"ViBe" Advertisements

I-2813485.1

