Exhibit 8

MM Map

I-2813485.1

# VIRGINIA BEACH MONSTER™ MAP

Dining
Shopping
Attractions
Coupons
& More

FREE

