Exhibit 9

Trolley Maps

