Exhibit 10

QR Code

I-2813485.1

