Exhibit 11

Infringing Materials Published in Second Book



5
Pet Friendly Virginia Beach
Your four-legged family members are always welcome in Virginia Beach and we want them to enjoy a paw-sitively perfect vacation with you! Before you travel, be sure to familiarize yourself with the seasonal restrictions and as always, be mindful of keeping your fur-baby on a leash and clean up after them.
SPRING & FALL/WINTER
Before Memorial Day and after Labor Day weekend. Allowed on public beaches and boardwalk area anytime.
SUMMER
Friday before Memorial Day through Labor Day weekend are restricted in the following areas:
Beaches - before 10 a.m. and after 6 p.m. Pets are limited to frolic on the north end of Virginia Beach above 42nd Street and the south end of Virginia Beach in the Sandbridge area before 10 a.m. and after 6 p.m.
Boardwalk - During the summer season, dogs are also allowed on the Boardwalk from 6AM to 7PM only. Fido must don a leash and human companions are required to clean-up after their furry friend.
TRY RUTH'S CLASSICS MENU
ix fixe meal, including arter, entrée, side dish dessert—from $66*
nd selection subject to change
RUTH'S CHRIS STEAK HOUSE
OF VIRGINIA BEACH
Park Ave. Virginia Beach
RIS.COM | 757.213.0747
4-6:30PM
Pet Friendly Virginia Beach
5
Summer: Memorial D
• Dogs are allowed on the
• Pets must be on a leash
• Human companions are
• Dogs are still prohibited
(between Rudee Loop and 42nd Street).
• Dogs are permitted on the sandy beaches north of 42nd Street and south of Rudee Loop (Croatan and Sandbridge) before 10 a.m. and after 6 p.m., provided they are leashed or under the control of their owner if unleashed.
• Service animals are exempt from these prohibitions under the Americans with Disabilities Act (ADA).
Fall, Winter Spring: After Labor Day and before Memorial Day Weekend
• Pets are welcome to enjoy the public beaches and Boardwalk at any time.
• Pets must be on a leash on the Boardwalk.
• Dogs may be off leash on the beach.
• For the safety of all beachgoers, canine and human alike, please supervise your pet carefully when off leash and only unleash on the sand with reliable voice command and recall.
Pet Safety Information
"HOT" Sand & Pavement: Yes, even on warm days, sand and pavement can get extremely HOT. Please know that HOT sand and pavement can be HOT enough to cause pain, discomfort and even burn your dogs paws. Remember, dogs paws are made of skin just like your feet. It only takes 60 seconds to burn the pads on your dogs paws.
Water: Also in the heat make sure your pet gets plenty of fresh cool water to stay hydrated. Try not to let pets drink ocean water or any salt water.
Vehicles: Never leave your pet in your vehicle in warm or HOT weather or extremely COLD weather. Don't always depend on your vehicle's a/c or heat or rolled down windows for their safety.
CivilLibation.com
Open 4PM Daily
2135 General Booth Blvd | 757.689.3900
TheWhiskeyKit
Open for Lunch
2149 General Booth Blvd

7
Virginia Beach W Safety
What is a rip current?
Rip Currents are powerful, channeled currents of water flowing away from shore. They are the most common beach and surf hazards leading to swimmer distress and potential rescue.
What does a rip current look like?
• Foam or floating objects, moving steadily out to sea
• A specific area of water that appears more turbulent than the surrounding water
• A noticeable difference in water color, usually darker
• Gaps or flat sections in the waves breaking out in the water
Escaping a rip current
The most important thing to remember if you are caught in a rip current is DO NOT PANIC. You should attempt to swim PARALLEL TO THE SHORE for about 30-50 yards or until out of the rip current, then swim at an angle toward the shore. Many people try to swim against a rip current. This is DANGEROUS. You will not be able to overcome the direct force of the rip current. If in danger, wave for help, relax and tread water to save energy!
How do I help someone else?
Don't become a victim while trying to help someone else! Many people have died in efforts to rescue rip current victims.
• Get help from a lifeguard
• If a lifeguard is not present, yell instructions and use arm motions to swim parallel to the beach
• If possible, throw the rip current victim something that floats
• Call 9-1-1 for further assistance
ESCAPE
ESCAPE
CURRENT
CURRENT
7
P CURRENT
Virginia Beach Water Safety
What is a rip current?
Rip Currents are very powerful, channeled currents of water flowing away from shore. They tend to be the strongest during low tide. They are the most common beach and surf hazards leading to swimmer distress and potential rescue.
Different ways a rip current can look
• A specific area of water that appears more turbulent than the surrounding water
• A noticeable difference in water color, usually darker
• Gaps or flat sections in the waves breaking out in the water
• Foam, or floating objects, moving steadily out to sea
How to escape a rip current
The most important thing to remember if you are caught in a rip current is DO NOT PANIC. You should attempt to swim PARALLEL TO THE SHORE for about 30-50 yards or until out of the rip current, then swim at an angle toward the shore. Many people try to swim against a rip current. This is DANGEROUS. You will not be able to overcome the direct force of the rip current. If in danger, wave for help, relax and tread water to save energy!
Best ways to help someone else
Don't become a victim while trying to help someone else! Many people have died in efforts to rescue rip current victims.
• Get help from a lifeguard
• If a lifeguard is not present, yell instructions and use arm motions to swim parallel to the beach
• If possible, throw the rip current victim something that floats
• Call 9-1-1 for further assistance
ESCAPE
ESCAPE
ESCAPE
ESCAPE
CURRENT
44
RIP CURRENT
THE PLANET ADVENTURE
LOSTPLANETVA.COM

6
6
ViBe CREATIVE DISTRICT
BEYOND THE BOARDWALK
Nestled within the Oceanfront area, Virginia Beach's own cultural arts enclave - the ViBe Creative District.
District (a destination & community nonprofit)
www.ViBeCreativeDistrict.org
ViBe Creative District
Legend
Artist/Maker
Food/Beverage
Health/Fitness
Service
Other
Public Art
PO Box 3601 Virginia Beach, VA 23454
Facebook: @ViBeCreativeDistrict
Local Business Supporters
Public Art in the ViBe - Take a W
Call: 757.439.9565
BEYOND THE BOARDWALK
ViBe CREATIVE DISTRICT
The ViBe Creative District. A geographic location for creative businesses to flourish. Also, a 501c3 nonprofit.
For more information please visit ViBeCreativeDistrict.org
MCB
40