UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__NORFOLK__ DIVISION

VB GUIDE, LLC

vs.                                               Civil/Criminal Action No. 2:24-cv-00551

UNIVERSAL MAGAZINES, INC. d/b/a
MONSTER MARKETING

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for VB Guide, LLC

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
    Theresa Elizabeth Liskey
    Guy Bradford Liskey

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

September 9, 2024                         /s/ Brett A. Spain
Date                                              Signature of Attorney or Litigant
                                                     Counsel for  Plaintiff

Rev. 03/12/19


American LegalNet, Inc.
www.FormsWorkFlow.com