**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
NORFOLK and NEWPORT NEWS DIVISIONS
OFFICE OF THE CLERK

# NOTICE

Date:   October 15, 2024

To:     Counsel for Plaintiff

Re:     Civil Action No. 2:24cv551
        VB Guide, LLC v. Universal Magazines, Inc. d/b/a Monster Marketing

 Responsive pleadings have not been filed by the defendant in this case. Plaintiff's counsel is requested to file a status report electronically within fifteen (15) days from the date of this notice. The status report should be in the form of a pleading which conforms to ECF Policies and Procedures.

 A party seeking leave of Court to respond to the complaint out of time must obtain Court approval by filing an appropriate motion with a proposed order, accompanied by a brief in support. If a party is in default, counsel should electronically file a request for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


FERNANDO GALINDO, Clerk

By:        /s/      
      J. Hiemer, Deputy Clerk